United States District Court
Southern District of Texas
**ENTERED**
May 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY CORDELL WILLIAMS, TDCJ #00585666, Plaintiff, | § § § § | |
| VS. | § | CIVIL ACTION NO. H-23-00328 |
| BRIAN COLLIER, *et al.*, Defendants. | § § § § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order of Dismissal, this case is **DISMISSED with prejudice.**

The plaintiff shall take nothing on his claims.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, this 23rd day of May 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE